Lance A. Brewer CBN 125759
BREWER & BREWER
4533 MacArthur Blvd., Suite 707
Newport Beach, CA  92660
Tel (714) 424-6300
Fax (714) 424-6313

Attorneys for Creditor
THE CADLE COMPANY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | CASE NO. 11-25322-TD |
| RUSSELL KIDDER, | Chapter 7 |
| Debtor. | MOTION OF THE CADLE COMPANY FOR ORDER, PURSUANT TO FED. R. BANKR. P., RULE 2004, AUTHORIZING THE CADLE COMPANY TO SUBPOENA PAPERS AND RECORDS FROM THIRD PARTIES; DECLARATION |

[No hearing required]

TO: THE HON. THOMAS B. DONOVAN

Creditor THE CADLE COMPANY ("CADLE") hereby moves the Court, pursuant to Fed. R. Bankr. Proc, Rule 2004, for an order permitting THE CADLE COMPANY to subpoena the following described writings from the following named third parties.

1    As more particularly set forth in the Declaration of Carl N.

2  Marschall, good cause exists for a an order permitting the Cadle Company

3  to subpoena documents from the following third parties:

4

5               **1. Third Party To Be Subpoenaed:**

6  US Bank N.A., 21181 Newport Coast Dr., Newport Beach, CA 92657.

7             **1. Documents Sought To Be Produced:**

8      (a) Each statement, cancelled check (front and back), and item

9  deposited, during the period June 1, 2010, to the present, for each

10  deposit account in the name of Russell Kidder, Soc. Sec. No. xxx-xx-7887

11  (whether alone or with other persons) at US Bank N.A., 21181 Newport

12  Coast Dr., Newport Beach, CA 92657, including but not limited the

13  described documents relating to checking account number xxxxxxxx7886.

14

15      (b) Each statement and item deposited, during the period June 1,

16  2009, to the present, for savings account number xxxxxxxx2799 in the name

17  of Russell Kidder, Soc. Sec. No. xxx-xx-7887 (whether alone or with other

18  persons) at US Bank N.A., 21181 Newport Coast Dr., Newport Beach, CA

19  92657.

20      (c) Each statement, cancelled check (front and back), and item

21  deposited, during the period June 1, 2010, to the present, for checking

22  account number XXXXXXXX0142 in the name of ACT Clean Technologies, Inc.

23  (whether alone or with other persons) at US Bank N.A., 21181 Newport

24  Coast Dr., Newport Beach, CA 92657.

25  //

26

27

28  MOTION OF THE CADLE COMPANY FOR ORDER,          2
    PURSUANT TO FED. R. BANKR. P., RULE 2004,
    AUTHORIZING THE CADLE COMPANY TO SUBPOENA
    PAPERS AND RECORDS FROM THIRD PARTIES;
    DECLARATION

1

### 2. **Third Party To Be Subpoenaed:**

2   David Kwon, 5101 Lundsford Dr., Los Angeles, CA 90041.

3

### 2. **Documents Sought To Be Produced:**

4   The lease agreement, rental application, financial information presented

5   in support of the application for rental, and checks paid as rent for the

6   rental of 1100 S. Hope St., #712, Los Angeles CA to Russell Kidder.

7

8

### 3. **Third Party To Be Subpoenaed:**

9

10   Andrew Vilenick, 5747 W. Broadway Ave., Minneapolis, MN 55428.

### 3. **Documents Sought To Be Produced:**

11

12   Each document relating to that purchase transaction by Andrew Vilenick of

13   stock of ACT Clean Technologies, Inc., including but not limited to, the

14   purchase/sale documents, evidence of monies lent, financial information

15   presented by the seller to the buyer, and each check (front and back)

16   tendered in payment of the stock

17

18

### 4. **Third Party To Be Subpoenaed:**

19   Frank Ianuzzi, 1935 Estrella De Mar Court, Unit A, Carlsbad, CA 92009.

20

### 4. **Documents Sought To Be Produced:**

21   Each document relating to the loan of $7,000 by Frank Ianuzzi to Russell

22   Kidder, including but not limited to, the loan application, financial

23   statements presented in support of the loan application, the promissory

24   note, the security agreement, each check (front and back) representing the

25

26

27

28   MOTION OF THE CADLE COMPANY FOR ORDER,          3
PURSUANT TO FED. R. BANKR. P., RULE 2004,
AUTHORIZING THE CADLE COMPANY TO SUBPOENA
PAPERS AND RECORDS FROM THIRD PARTIES;
DECLARATION

1    loan proceeds, and each check (front and back) representing a payment
2    made on the loan.
3
4                  **5. Third Party To Be Subpoenaed**:
5    Ayuda Equity Funding, LLC, 135 Kinnelon Rd., Kinnellon, NJ 07405.
6                  **5. Documents Sought To Be Produced**:
7    Each document relating to and underlying the wire transfer of $39,375.00
8    wired by Ayuda Equity Funding into checking account No. xxxxxxxx7886 (in
9    the name of Russell Kidder), including but not limited each contract and
10   each document forming the basis of the right of Russell Kidder to receive
11
12   the payment.
13
14                 **6. Third Party To Be Subpoenaed**:
15   ACT Clean Technologies, Inc., 5412 Bolsa Ave., Ste. A, Huntington Beach,
16   CA 92649.
17                 **6. Documents Sought To Be Produced**:
18   Each document relating to each agreement between Russell Kidder and ACT
19   Clean Technologies, Inc.   Each document relating to each payment made by
20   ACT Clean Technologies, Inc. to Russell Kidder from December 1, 2009, to
21   the present.
22
23
24                 **7. Third Party To Be Subpoenaed**:
25   American Petroleum Solutions, Inc., 5412 Bolsa Ave., Ste. A, Huntington
26   Beach, CA 92649.
27
28   MOTION OF THE CADLE COMPANY FOR ORDER,          4
     PURSUANT TO FED. R. BANKR. P., RULE 2004,
     AUTHORIZING THE CADLE COMPANY TO SUBPOENA
     PAPERS AND RECORDS FROM THIRD PARTIES;
     DECLARATION

## 7. Documents Sought To Be Produced:

Each document relating to each agreement between Russell Kidder and American Petroleum Solutions, Inc.   Each document relating to each payment made by American Petroleum Solutions, Inc. to Russell Kidder from December 1, 2009, to the present.

## 8. Third Party To Be Subpoenaed:

Avalon Capital Holdings Group, Inc., formerly known as Trac Financial Group, Inc., 6458 Bolsa Chica Rd., #419, Huntington Beach, CA 92649

## 8. Documents Sought To Be Produced:

Each document relating to each agreement between Russell Kidder and Avalon Capital Holdings Group, Inc., formerly known as Trac Financial Group, Inc.   Each document relating to each payment made by Avalon Capital Holdings Group, Inc., formerly known as Trac Financial Group, Inc. to Russell Kidder from December 1, 2009, to the present.

## 9. Third Party To Be Subpoenaed:

Mesa Energy Holdings, Inc., formerly known as Mesa Energy, Inc., 5220 Spring Valley Rd., Ste. 525. Dallas, TX 75254.

## 9. Documents Sought To Be Produced:

Each document relating to each agreement between Russell Kidder and Mesa Energy Holdings, Inc., formerly known as Mesa Energy, Inc.   Each document relating to each payment made by Mesa Energy Holdings, Inc., formerly known as Mesa Energy, Inc. to Russell Kidder from December 1, 2009, to

1   the present.  Each document relating to the issuance of 5,000 shares of

2   common stock of Mesa Energy, Inc. evidenced by Stock Certificate No.

3   0627, to Russell Kidder.

4

5                    **10.  Third Party To Be Subpoenaed:**

6   Global Nutech, Inc., formerly known as Bio-Clean, Inc., 5412 Bolsa Ave.,

7   Ste. D, Huntington Beach, CA 92649.

8
                    **10.  Documents Sought To Be Produced:**
9
    Each document relating to each agreement between Russell Kidder and
10
    Global Nutech, Inc., formerly known as Bio-Clean, Inc.  Each document
11
    relating to each payment made by Global Nutech, Inc., formerly known as
12
    Bio-Clean, Inc. to Russell Kidder from December 1, 2009, to the present.
13
    Each document relating to the issuance of 1,000,000 shares of common
14
    stock of Global Nutech, Inc., formerly known as Bio-Clean, Inc.,
15
    evidenced by Stock Certificate No. 11265-6, to Russell Kidder.
16

17

18                   **11.  Third Party To Be Subpoenaed:**

19  Wayne Robert Kidder and Joan Marie Kidder, co-trustees of the Wayne R.

20  Kidder Family Trust, 9125 Via Los Padres, Santa Barbara, CA 93111.

21                   **11.  Documents Sought To Be Produced:**

22  All trust documents, including all amendments, exhibits, and schedules,

23  and description of trust property, of each trust in which Russell W.

24  Kidder is or was a trustor, trustee, and/or a beneficiary.
25

26

27

28  MOTION OF THE CADLE COMPANY FOR ORDER,          6
    PURSUANT TO FED. R. BANKR. P., RULE 2004,
    AUTHORIZING THE CADLE COMPANY TO SUBPOENA
    PAPERS AND RECORDS FROM THIRD PARTIES;
    DECLARATION

1  All tax returns of any trust, meeting the above criteria, for the last

2  four tax years.

3      This motion is made pursuant to Fed. R. Civ. Proc., Rule 2004 on

4  the ground that THE CADLE COMPANY is a creditor of Debtor RUSSELL KIDDER

5  and; that the above-named third parties are in possession and/or control

6  of documents that relate to the acts, conduct, or property or to the

7  liabilities and financial condition of the Debtor; to matters that may

8  affect the administration of the Debtor's estate, and/or to the Debtor's

9  right to a discharge.

10      This motion is based on the papers on file in this bankruptcy

11  filing; the Points and Authorities in this Motion; and the Declaration of

12  Carl N. Marschall in this motion.

13

14

15  Dated: June 27, 2011                    BREWER & BREWER

16

17

    Carl N. Marschall CBN 71823
18  Attorney for Creditor
19  THE CADLE COMPANY

20

21

22

23

24

25

26

27

28  MOTION OF THE CADLE COMPANY FOR ORDER,          7 .
    PURSUANT TO FED. R. BANKR. P., RULE 2004,
    AUTHORIZING THE CADLE COMPANY TO SUBPOENA
    PAPERS AND RECORDS FROM THIRD PARTIES;
    DECLARATION

Declaration of Carl N. Marschall Supporting Good Cause For the Right To Subpoena the Requested Documents From the Above-Named Third Parties.

I, Carl N. Marschall, declare:

1. I am attorney licensed to practice law in all of the state and federal courts in the State of California. I am employed by Brewer & Brewer, attorney for creditor THE CADLE COMPANY.

2. Good cause exists for an order permitting THE CADLE COMPANY to subpoena the above-described documents from the above-named third parties:

### US Bank N.A.

Account xxxxxxxx7886

Schedule B of the Debtor's Schedules states that the Debtor has a checking account, no. xxxxxxxx7886, at US Bank, N.A. [Doc. 10, pg. 5, filed in bankruptcy action]

Account xxxxxxx2799

Schedule B of the Debtor's Schedules states that the Debtor has a savings checking account, no. xxxxxxx2799, at US Bank, N.A. [Doc. 10, pg. 5, filed in bankruptcy action]

Account xxxxxxxx0142

The Statement of Affairs of the Debtor states that he is and since December 5, 2007, has been the President and Director of ACT Clean Technologies, Inc. [Doc. 10, pg. 65, filed in bankruptcy action]

On December 16, 2009; January 6, 2010; May 5, 2010; May 10, 2010; May 12, 2010; May 24, 2010; and June 8, 2010, KIDDER drew checks to

MOTION OF THE CADLE COMPANY FOR ORDER,
PURSUANT TO FED. R. BANKR. P., RULE 2004,
AUTHORIZING THE CADLE COMPANY TO SUBPOENA
PAPERS AND RECORDS FROM THIRD PARTIES;
DECLARATION

8

1  himself in the sums of $3,200; $1,300; $650; $1,500; $2,500; $1,000; and

2  $500 (Total: $10,650) from xxxxxxxx0142 of ACT Clean Technologies, Inc..

3  ["Exhibit A" to this Motion.]   RUSSELL KIDDER had the right to draw

4  checks on that account. [Ibid.]

5                              David Kwon

6      Schedule B of the Debtor's Schedules states that the Debtor's

7  landlord is David Kwon. [Doc. 10, pg. 5, filed in bankruptcy action]

8

9

10                           Andrew Vilenick

11     Andrew Vilenick has filed an adversary-proceeding Complaint against

12  the Debtor [Doc. 14 filed in bankruptcy action]

13     Paragraph 5 of the Complaint states:

14  "In early May of 2010 Defendant Kidder induced Plaintiff [Vilenick]

15  to invest money into a [sic] stock of his company ACT Clean

16  Technologies, Inc. (OTC:ACLH).   * * *.   Through false

17  representations, Defendant [KIDDER] sold 168,000 shares for

18  $9,938.85."

19  [Doc. 14, pg. 4, filed in bankruptcy action]

20

21

22                            Frank Ianuzzi

23     Schedule D {"Creditors Holding Secured Claims"] of the Debtor's

24  Schedules references a secured loan in the sum of $7,000 made by Frank

25  Ianuzzi to Kidder. [Doc. 10, pg. 27, filed in bankruptcy action]   The

26  Debtor proposes to surrender the security -- 1,000,000 shares of Global

27

28  MOTION OF THE CADLE COMPANY FOR ORDER,          9
    PURSUANT TO FED. R. BANKR. P., RULE 2004,
    AUTHORIZING THE CADLE COMPANY TO SUBPOENA
    PAPERS AND RECORDS FROM THIRD PARTIES;
    DECLARATION

1  NuTech, Inc. common stock -- to Frank Ianuzzi." [Doc, 13, filed in

2  bankruptcy action]

3  //

4

5                      Ayuda Equity Funding, LLC

6      On June 10, 2009, Ayuda Equity Funding wired the sum of $39,375

7  into Russell Kidder's checking account. ["Exhibit B" to this Motion.]

8

9

10                     ACT Clean Technologies, Inc.

11     The Statement of Affairs of the Debtor states that he is and since

12  December 5, 2007, has been the President and Director of ACT Clean

13  Technologies, Inc. [Doc. 10, pg. 65, filed in bankruptcy action]

14     On December 16, 2009; January 6, 2010; May 5, 2010; May 10, 2010;

15  May 12, 2010; May 24, 2010; and June 8, 2010, KIDDER drew checks to

16  himself in the sums of $3,200; $1,300; $650; $1,500; $2,500; $1,000; and

17  $500 (Total: $10,650) from xxxxxxxx0142 of ACT Clean Technologies, Inc..

18  ["Exhibit A" to this Motion.]   RUSSELL KIDDER had the right to draw

19  checks on that account. [Ibid.]

20

21

22                     American Petroleum Solutions, Inc.

23     The Statement of Affairs of the Debtor states that KIDDER is and,

24  since January 15, 2010, has been the Secretary and a Director of American

25  Petroleum Solutions, Inc. [Doc. 10, pg. 65, filed in bankruptcy action]

26

27

28  MOTION OF THE CADLE COMPANY FOR ORDER,          10
    PURSUANT TO FED. R. BANKR. P., RULE 2004,
    AUTHORIZING THE CADLE COMPANY TO SUBPOENA
    PAPERS AND RECORDS FROM THIRD PARTIES;
    DECLARATION

1    In a May 28, 2010, press release of ACT Clean Technologies, Inc.,

2  represented that American Petroleum Solutions, Inc. is its wholly-owned

3  subsidiary. ["Exhibit C" to this Motion.]

4  //

6          Avalon Capital Holdings Group, Inc., formerly known as

7                   Trac Financial Group, Inc.

8    The Statement of Affairs of the Debtor states that KIDDER is and,

9  since December, 2005, has been the Secretary of Avalon Capital Holdings

10  Group, Inc. (fka Trac Financial Group, Inc.) [Doc. 10, pg. 65, filed in

11  bankruptcy action]

12    Schedule C ["Property Claimed as Exempt"] of the Debtor's Schedules

13
14  states that RUSSELL KIDDER owns 500,000 of Trac Financial Group, Inc.

15  common stock, evidenced by stock certificate 6087, that KIDDER claims has

16  no value. [Doc. 10, pg. 16, filed in bankruptcy action]   The Debtor

17  further states that the shares are equivalent to 25,000 shares of Avalon

18  Capital Holdings Group, Inc. [Ibid.]

19

20          Mesa Energy Holdings, Inc., formerly known as Mesa Energy, Inc.

21    Schedule C ["Property Claimed as Exempt"] of the Debtor's Schedules

22  states that RUSSELL KIDDER owns 5,000 of Mesa Energy, Inc. common stock,

23  evidenced by stock certificate 0627, that KIDDER claims has a value of

24
25  $1,200. [Doc. 10, pg. 16, filed in bankruptcy action] The Debtor further

26

27

28  MOTION OF THE CADLE COMPANY FOR ORDER,          11
PURSUANT TO FED. R. BANKR. P., RULE 2004,
AUTHORIZING THE CADLE COMPANY TO SUBPOENA
PAPERS AND RECORDS FROM THIRD PARTIES;
DECLARATION

1  states that the shares are equivalent to 10,000 shares of Mesa Energy

2  Holdings, Inc. [Ibid.]

3

4  <u>Global Nutech, Inc., formerly known as Bio-Clean, Inc.</u>

5  Schedule C ("Property Claimed as Exempt") of the Debtor's Schedules

6  states that RUSSELL KIDDER owns 1,000,000 shares of common stock of

7  Global NuTech, Inc., evidenced by stock certificate 11265-6, that KIDDER

8  claims has a value of $5,000. [Doc. 10, pg. 16, filed in bankruptcy

9  action]

10

11

12  <u>Wayne Robert Kidder and Joan Marie Kidder, co-trustees of the Wayne R.</u>

13  <u>Kidder Family Trust</u>

14  On May 22, 2009, Wayne R. Kidder and Joan M. Kidder, trustees of

15  the Wayne R. Kidder family Trust, drew a check to RUSSELL KIDDER in the

16  sum of $737.50. ["Exhibit D" to this Motion.]

17

18  3. The documents attached to this Declaration as "Exhibit A",

19  "Exhibit B", and "Exhibit D" are true copies of records concerning

20  checking account number 153460957886, in the name of "Russell Kidder",

21  that were produced by US Bank N.A. pursuant to a pre-bankruptcy subpoena

22  issued by THE CADLE COMPANY in May, 2010.  "Exhibit C" is a true copy of

23  a press release that ACT Clean Technologies, Inc. posted on the internet.

24  All other facts are based on cited documents on file in this bankruptcy

25  action.

26

27

28  MOTION OF THE CADLE COMPANY FOR ORDER,          12
    PURSUANT TO FED. R. BANKR. P., RULE 2004,
    AUTHORIZING THE CADLE COMPANY TO SUBPOENA
    PAPERS AND RECORDS FROM THIRD PARTIES;
    DECLARATION

1       4. If called as a witness, I would competently so testify

2

3       I declare under penalty of perjury under the laws of the United

4   states of America and of the laws of State of California that the

5   foregoing is true and correct.

6       Executed in Costa Mesa, California, on June 27, 2011.

7

8

9                       Carl N. Marschall

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   MOTION OF THE CADLE COMPANY FOR ORDER,          13
     PURSUANT TO FED. R. BANKR. P., RULE 2004,
     AUTHORIZING THE CADLE COMPANY TO SUBPOENA
     PAPERS AND RECORDS FROM THIRD PARTIES;
     DECLARATION

# EXHIBIT A

ACT CLEAN TECHONOLOGIES INC
5412 BOLSA AVE STE A
HUNTINGTN BCH CA 92649-1056

98

DATE *12-16-09*

PAY TO THE
ORDER OF *Russell Kidder*                      $ *3,200 00/100*

*Thre Thousand Two Hundred Dollars*

**US bank.**
Five Star Service Guaranteed
usbank.com

MEMO _____

⑈122235821⑈  ⑈0142⑈009B  ⑈000032000⑈

Andrea
00156/00040 00
20091216 007530586442 3200.00
20100630137801         0142

Andrea Nemmers
BC-MN-H21P

**ACT CLEAN TECHNOLOGIES INC.**
5412 BOLSA AVE STE A
HUNTINGTON BEACH, CA 92649-1056

90-3582/1222

1001

DATE _1/6/10_

PAY TO THE
ORDER OF _Russell Kidder_    $ _1,300 00/100_

_One Thousand Three Hundred and 00/100_ DOLLARS

**US bank.** All of us serving you™

00052  05204 0095  01/06/2010 02:23 USB
HOLD

MEMO

⑆122235821⑆    0142⑆ 1001    ⑈0000130000⑈

---

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
• MicroPrint Line
• Chemically Sensitive Paper
• Security Screen

Retain of document alteration:
• MP: Small type in line appears at dotted line when photocopied
• Stains or spots may appear with chemical alteration
• Absence of "Original Document" wording on back of check

123000220  019620  4361
S/T 004 ID 18 PKT 1
ACCT          87896

7430446032

---

Andrea
00156/00003 00
20100106  007430446032  1300.00
20100630137801          0142

Andrea Nemmers
BC-MN-H21P

ACT CLEAN TECHNOLOGIES INC.
5412 BOLSA AVE STE A
HUNTINGTON BEACH, CA  92649-1056

90-3582/1222

1007

DATE 5/10/10

PAY TO THE
ORDER OF   Russell Kidder                              $ 1,500 %100

One Thousand Five Hundred and 00/100                          DOLLARS

**USbank.**  All of us serving you™

MEMO

C122235821C        0142" 1007    "0000150000"

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

MAY 10 10

0842  75927

Andrea
00156/00018 00
20100510 007431810350 1500.00
20100630137801             0142

Andrea Nemmers
BC-MN-H21P

ACT CLEAN TECHNOLOGIES INC.
5412 BOLSA AVE STE A
HUNTINGTON BEACH, CA  92649-1056

90-3582/1222

1013

DATE  5/24/10

PAY TO THE
ORDER OF  *Russell Kidder*                                    $ *1,000 00/100*

*One Thousand and 00/100*                    DOLLARS

**usbank.**  All of us serving you™

00090  05204  0005   05/24/2010  03:52  USB
USB  CK  H                          0142          H

MEMO

⑆122235821⑆  ⑆0142⑆ 1013  ⑈0000100000⑈

Andrea
00156/00014  00
20100524  007330898976  1000.00
20100630137801          0142

Andrea Nemmers
BC-MN-H21P



Andrea
00156/00006 00
20100608 007534354285 500.00
20100630137801 ██████████0142

Andrea Nemmers
BC-MN-H21P

ACT CLEAN TECHNOLOGIES INC.
5412 BOLSA AVE STE A
HUNTINGTON BEACH, CA  92649-1056

90-3582/1222

1004

DATE 5/5/10

PAY TO THE
ORDER OF  Russell Kidder                        $ 650 00/100

Six Hundred Fifty and No/100                     DOLLARS

**USbank.**  All of us serving you™

MEMO

00039  0521  0001  05/05/2010  02:23 USB

1:122235821:           014 2 1004    000006 5000

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

MAY 5 10

Andrea
00156/00021 00
20100505 007431399222  650.00
20100630137801          0142

Andrea Nemmers

EXHIBIT B



NEWPORT BEACH, CA 92660-6502

Account Number:
7886
Statement Period:
May 22, 2009
through
Jun. 19, 2009

Page 2 of 4



## FIVE STAR SILVER CHECKING (CONTINUED)

U.S. Bank National Association                           Account Number 1-534-6095-7886

### Deposits / Credits

| Date | | Description of Transaction | | Ref Number | | Amount |
|------|---|---------------------------|---|-----------|---|--------|
| May | 22 | Deposit | | 7536119989 | $ | 737.50 |
| May | 27 | Wire Credit REF005231 | JPMCHASE NYC    090527021731 | | | 1,498.95 |
| | | ORG=PENSON FINANCIAL | (31000037) RUSSELL KIDDER | | | |
| Jun. | 2 | Deposit | | 7435224323 | | 1,000.00 |
| Jun. | 8 | Visa (Non-PIN) Return | On 060509 NEWPORT BEAC CA | 6018655241 | | 83.24 |
| | | ENTERPRISE RENT- | REF # 74164079156018655241 US2 | | | |
| Jun. | 9 | Wire Credit REF005564 | JPMCHASE NYC    090609015916 | | | 1,342.46 |
| | | ORG=PENSON FINANCIAL | (31000037) RUSSELL KIDDER | | | |
| Jun. | 10 | Wire Credit REF001621 | PROV JERSEY CITY   090610016845 | | | 39,375.00 |
| | | ORG=AYUDA EQUITY FUNDING | LLC 135 KINNELON RD | | | |
| Jun. | 15 | Wire Credit REF003707 | JPMCHASE NYC    090615021830 | | | 1,597.94 |
| | | ORG=PENSON FINANCIAL | (31000037) RUSSELL KIDDER | | | |
| Jun. | 16 | Visa (Non-PIN) Return | On 061509 NEWPORT BEAC CA | 7800743245 | | 64.71 |
| | | MACY'S EAST #528 | REF # 74445739167800743245 US2 | | | |
| Jun. | 18 | Wire Credit REF005154 | JPMCHASE NYC    090618017480 | | | 3,936.56 |
| | | ORG=PENSON FINANCIAL | (31000037) RUSSELL KIDDER | | | |

|  |  |  | Total Deposits / Credits | $ | 49,636.36 |
|---|---|---|---|---|---|

### Card Withdrawals

| Date | | Description of Transaction | | Ref Number | | Amount |
|------|---|---------------------------|---|-----------|---|--------|
| Card Number xxxx-xxxx-xxxx- 3937 | | | | | | |
| May | 22 | Visa Purchase (Non-PIN) | On 051909 NEWPORT BEAC CA | 1141227584 | $ | 37.54- |
| | | 949.718.0188GULF | REF # 24418009141141227584 US2 | | | |
| May | 22 | Visa Purchase (Non-PIN) | On 052009 NEWPORT BEAC CA | 1105151699 | | 78.93- |
| | | STAPLES    00 | REF # 24164079141105151699 US2 | | | |
| May | 26 | Visa Purchase (Non-PIN) | On 052009 NEWPORT BEAC CA | 2142248224 | | 37.54- |
| | | 949.718.0188GULF | REF # 24418009142142248224 US2 | | | |
| May | 26 | Visa Purchase (Non-PIN) | On 052109 NEWPORT BEAC CA | 2509685010 | | 46.69- |
| | | TOMMY BAHAMA CAF | REF # 24425139142509685010 US2 | | | |
| May | 26 | Visa Purchase (Non-PIN) | On 052209 IRVINE CA | 3253142010 | | 56.52- |
| | | AL PHILLIPS THE | REF # 24323009143253142010 US2 | | | |
| May | 26 | Visa Purchase (Non-PIN) | On 052409 NEWPORT BEAC CA | 5813030526 | | 74.98- |
| | | ARMSTRONG GARD00 | REF # 24164079145813030526 US2 | | | |
| May | 26 | Visa Purchase (Non-PIN) | On 052209 NEWPORT BEAC CA | 2018654095 | | 250.00- |
| | | ENTERPRISE RENT- | REF # 24164079142018654095 US2 | | | |
| May | 27 | Visa Purchase (Non-PIN) | On 052409 NEWPORT BEAC CA | 6146165984 | | 62.20- |
| | | 949.718.0188GULF | REF # 24418009146146165984 US2 | | | |
| May | 27 | Visa Purchase (Non-PIN) | On 052509 NEWPORT BEAC CA | 6414052511 | | 64.56- |
| | | BRISTOL FARMS N | REF # 24661629146414052511 US2 | | | |
| May | 27 | Visa Purchase (Non-PIN) | On 052509 NEWPORT BEAC CA | 6000113811 | | 112.97- |
| | | TRADER JOE'S #12 | REF # 24493989146000113811 US2 | | | |
| May | 27 | ATM Withdrawal | US BANK NEWPRT C NEWPORT COAS CA | | | 300.00- |
| | | | Serial No. 000645175518M926N065 | | | |
| Jun. | 1 | Visa Purchase (Non-PIN) | On 052809 NEWPORT COAS CA | 9299016881 | | 22.82- |
| | | VONS    Store00 | REF # 24164079149299016881 US2 | | | |
| Jun. | 1 | Visa Purchase (Non-PIN) | On 053009 CORONA DEL M CA | 1491267925 | | 36.04- |
| | | CHEVRON 00094161 | REF # 24625129151491267925 US2 | | | |
| Jun. | 1 | Visa Purchase (Non-PIN) | On 053009 NEWPORT BEAC CA | 1000113417 | | 40.37- |
| | | TRADER JOE'S #12 | REF # 24493989151000113417 US2 | | | |
| Jun. | 1 | Visa Purchase (Non-PIN) | On 052809 NEWPORT BEAC CA | 0150311254 | | 41.89- |
| | | 949.718.0188GULF | REF # 24418009150150311254 US2 | | | |
| Jun. | 1 | Visa Purchase (Non-PIN) | On 052709 NEWPORT BEAC CA | 9149230825 | | 50.42- |
| | | 949.718.0188GULF | REF # 24418009149149230825 US2 | | | |
| Jun. | 1 | Visa Purchase (Non-PIN) | On 052909 NEWPORT BEAC CA | 9018654652 | | 200.00- |
| | | ENTERPRISE RENT- | REF # 24164079149018654652 US2 | | | |
| Jun. | 1 | Visa Purchase (Non-PIN) | On 052909 800-528-7515 CA | 9118000104 | | 323.75- |
| | | LAT CLASSIFIED A | REF # 24301379149118000104 US2 | | | |

# EXHIBIT C

# ACT Clean Technologies, Inc. Signs Contract With Texas Oil Group To Use Oil Well Enhancement Fluid In Water Flood Project In Austin Chalk



May 28, 2010 – Huntington Beach, California – Marketwire –

ACT Clean Technologies, Inc. (Stock Symbol: ACLH, Web Site: www.ACTCleanTech.com) announced today that it has entered into a Joint Venture Agreement, whereby ACT's wholly owned subsidiary, American Petroleum Solutions, Inc. (APS), will supply its Oil Well Enhancement Fluid for a new water flood project in Texas.

Terms of the agreement were not disclosed; however, APS will be paid for its fluids and labor and ACT will retain an interest in each well as reworking is completed.

William Anderson, President of American Petroleum Solutions, Inc., stated,

"We are excited about the opportunity that the joint venture partners, including Weekley Energy Group I, LP and its General Partner, Left Behind Recovery LLC, are giving us. They will be using our fluids in the water flood process with the intent of providing increased oil production over a longer period of time."

"Results of the project will be announced when the reworking of the first set of wells is completed."

Glenn Andrews, President of Left Behind Recovery LLC, said,

"Most wells in the area and formation that we will be water flooding will produce from eight to ten barrels a day and drop off from that over the next eighteen months and, then, we go through the same process again. We are always seeking new improved technologies with the hope of increasing production."

"We believe that the Oil Well Enhancement Fluid provided by American Petroleum Solutions, Inc., and ACT Clean Technologies, Inc., will increase our daily production and extend production for a longer period of time. Even though APS fluids are not new to the task of cleaning up hard surfaces, oil tanks, oil spills, etc., their use in an oil field water flood project is a potential innovation in the effort to expand production of existing, domestic oil wells. We look forward to working with APS and ACT now and in the future."

About ACT Clean Technologies, Inc.

ACT Clean Technologies, Inc. and its wholly owned subsidiary, American Petroleum Solutions, Inc., (APS) are committed to both a safer environment through cleaner technologies as well as more profitable methods of oil recovery and production from oil sands and other petroleum reserves.

Our wholly owned subsidiary, American Petroleum Solutions, Inc. provides oil field and heavy construction remediation services for projects complicated by environmental, regulatory, and other issues. Our experience ranges from soil remediation to complex, petroleum services related projects throughout North America.

# EXHIBIT D

WAYNE R. KIDDER FAMILY TRUST
WAYNE ROBERT KIDDER
JOAN MARIE KIDDER
915 VIA LOS PADRES
SANTA BARBARA, CA 93111-1325

*charles* SCHWAB
BANK

1299

94-221/1212
5000

Date 5/22/09

ay to the
rder of _Russ Kidder_                                    $ 737.50

_Seven hundred thirty seven_ 50/100 Dollars

Charles Schwab Bank
Reno, Nevada

**High Yield Investor Checking**

or

⑆121202211⑆ 445⑆ 1299 ⑈000007350⑈

Andrea
00156/00141 00
20090522 007536119990 737.50
20100630137801 12345678

## PROOF OF SERVICE

I, RaDawn M. Aguilar, declare:

1. I am over the age of eighteen years and not a party to the above-entitled action.

2. I am employed by Brewer & Brewer in the county where mailing occurred. My business address is 4533 MacArthur Blvd., Suite 707, Newport Beach, California 92660.

3. I served a copy of the foregoing document together with a copy of this Proof of Service on the interested parties. The exact title of the foregoing document is:

    **MOTION OF THE CADLE COMPANY FOR ORDER, PURSUANT TO FED. R. BAKR. P., RULE 2004, AUTHORIZING THE CADLE COMPANY TO SUBPOENA PAPERS AND RECORDS FROM THIRD PARTIES; DECLARATION**

4. A copy of the foregoing document together with this Proof of Service was placed in a sealed envelope, with affixed, prepaid first-class postage. The envelope was deposited in a mailbox at the United States Postal Service in Costa Mesa, California on July 5, 2011, and was addressed to:

    **Russell W. Kidder
    1100 S. Hope St. # 712
    Los Angeles, CA 90015-2187**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 5, 2011, at Costa Mesa, California.

RaDawn M. Aguilar

## PROOF OF SERVICE

I, RaDawn M. Aguilar, declare:

1. I am over the age of eighteen years and not a party to the above-entitled action.

2. I am employed by Brewer & Brewer in the county where mailing occurred. My business address is 4533 MacArthur Blvd., Suite 707, Newport Beach, California 92660.

3. I served the original of the following described document on the interested parties. The exact title of the document was:

    **MOTION OF THE CADLE COMPANY FOR ORDER, PURSUANT TO FED. R. BAKR. P., RULE 2004, AUTHORIZING THE CADLE COMPANY TO SUBPOENA PAPERS AND RECORDS FROM THIRD PARTIES; DECLARATION**

4. The document was served by a method of delivery providing for overnight delivery.

5. The original of the document was placed in an envelope or package designated by the express service carrier UPS which was then sealed. On July 5, 2011 , the sealed envelope or package was deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents. Delivery fees for delivery of the envelope or package were provided for by Brewer & Brewer.

6. The envelope or package was addressed to:

    **Hon. Thomas B. Donovan
    US Bankruptcy Court
    255 E. Temple St., Ste. 1352
    Los Angeles, CA 90017**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 5, 2011, at Costa Mesa, California.

RaDawn M. Aguilar